IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD PITCHFORTH,

    Petitioner,

v.

TYLER BLEWETT, Superintendent,
Two River Correctional Institution,

    Respondent.

Case No. 2:20-cv-01462-JR

ORDER

RUSSO, Magistrate Judge.

    The Court GRANTS petitioner's Motion for Voluntary Dismiss (ECF No. 30) and DISMISSES this action without prejudice.

    IT IS SO ORDERED.

    DATED this 28 day of July, 2021.

*Jolie A. Russo*

1 - ORDER

                                                  Jolie A. Russo
                                                  United States Magistrate Judge

2 - ORDER